UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                       :         **ORDER**
v.                                                                     :
                                                                       :         17 CR 505-3 (VB)
SAVON BAGBY,                                        :
                                      Defendant.    :
--------------------------------------------------------------x

      On March 28, 2023, defendant Bagby was arraigned before the magistrate judge on the amended violation of supervised release ("VOSR") report dated that day. Michael K. Burke, Esq., was appointed as defendant's CJA attorney, and defendant was detained on consent without prejudice.

      The principal basis for the VOSR is defendant's alleged possession of a firearm having previously been convicted of a felony. That alleged conduct also forms the basis of a new criminal charge set forth in a complaint dated March 23, 2023, under docket number 23 MJ 2342. In that case, defendant was also arraigned on March 28, 2023, a preliminary hearing date was set for April 26, 2023, and defendant was detained on consent without prejudice.

      By April 14, 2023, the parties are directed to advise the Court by joint letter whether a conference or hearing on the VOSR should be scheduled at this time, or whether the matter should be held in abeyance pending the preliminary hearing date on the new criminal charge.

Dated: March 31, 2023
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge