

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 14, 2023

APPLICATION GRANTED
SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 4/14/23
White Plains, NY

The government shall provide a further status report by 5/26/2023.

**BY ECF**
The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Savon Bagby*, 17 Cr. 505 (VB)

Dear Judge Briccetti:

    On March 28, 2023, defendant Savon Bagby was presented before the magistrate court on a one-count criminal complaint (*see* 23 Mag. 2342) and arraigned on an amended violation of supervised release ("VOSR") petition. The Government writes in response to the Court's March 31, 2023 order that the parties submit a letter by April 14, 2023 advising whether a conference or hearing should be scheduled for the VOSR proceeding, or whether the matter should be held in abeyance pending the preliminary hearing date on the new criminal charge. The Government and defense counsel jointly request that the VOSR proceeding be held in abeyance pending the preliminary hearing date on the defendant's criminal charge, as the parties are currently working towards a possible pretrial disposition of the criminal complaint.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    */s/ Kathryn Wheelock*
    Kathryn Wheelock
    Assistant United States Attorney
    Southern District of New York
    (914) 993-1966

cc:    Defense counsel (by ECF)